■ In the Matter of JAMES O., a Child Alleged to be Abused and/or Neglected. ROSE O., Appellant; CAYUGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [620 NYS2d 687] —Order unanimously affirmed without costs. Memorandum: Family Court properly allowed the prior testimony of a witness to be admitted at trial based upon the inability of the court to compel her appearance by its process *(see,* CPLR 4517). Respondent had adequate opportunity to cross-examine the witness in the prior proceeding *(see,* Alexander, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR 4517, at 95).

We reject respondent's contention that the court failed to comply with Family Court Act § 1051 (a). "There is no requirement in Family Court Act § 1051 (a) that the Family Court, in its decision, must refer to each specific allegation of abuse and neglect in the petition" *(Matter of Nassau County Dept. of Social Servs. [Meredith K.] v Steven K.,* 176 AD2d 326, 329).

Upon our review of the record, we conclude that the evidence is sufficient as a matter of law to sustain the petition. (Appeal from Order of Cayuga County Family Court, Corning, J.—Abuse and Neglect.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Davis, JJ.